Alan Stuart Graf, OSB # 92317
alan@hippielawyer.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED '06 MAR 02 09:55 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VICTOR PANNECOUK,

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV 04-1722-AA

ORDER FOR EAJA
ATTORNEY FEES

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay to the attorney of record the following: $5,117.00 in attorney fees and $150.00 in costs for a total of $5,267.00

It is so ORDERED

Dated this ___, day of March 2006

_____
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES